

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 21, 2023

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**Re:** *Hendeles v. Blinken, et al.,* No. 23 Civ. 575 (RA)

Dear Judge Abrams:

    This Office represents the defendants (the "government") in this action in which the petitioner seeks an order compelling the government to adjudicate an Immigrant Visa Application (Form DS-260). I write respectfully in response to the Court's February 1, 2023 order scheduling the telephonic initial status conference for March 10, 2023. ECF No. 26. I respectfully request that the initial status conference be adjourned to the week of May 8, 2023, or thereafter (with a corresponding extension of time for the preconference submission). In addition, I respectfully request a sixty-day extension of the time to respond to the petition (*i.e.*, from March 27, 2023, to May 26, 2023).

    I respectfully request this adjournment and extension because both the government and petitioner's counsel have prescheduled leave that extends through March 20, 2023. Additionally, the government needs additional time to review the petition, confer with defendants, and determine next steps. This is the government's first request for an adjournment and extension. The petitioner consents to these requests.

    I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *s/ Nancy Pham*
NANCY D. PHAM
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (202) 305-8062
E-mail: nancy.pham3@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)

---

Application granted.  The conference scheduled for March 10, 2023 is hereby adjourned to May 12, 2023 at 3:00 p.m.  The parties shall use the same call-in line listed in the Court's prior order, and submit the required pre-conference materials no later than one week before the conference.

SO ORDERED.

Hon. Ronnie Abrams
February 22, 2023